**Order filed October 11, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00557-CV
_____

**KEVIN L HOOD, Appellant**

**V.**

**HANNA & HANNA INC., Appellee**

On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1106883

# O R D E R

Appellant's brief was due October 1, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 31, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM